Federal Deposit Insurance Corp., Appellant, *v.*
Ciaffoni.

Argued April 13, 1954. Before HIRT, ROSS, GUNTHER,
WRIGHT, WOODSIDE and ERVIN, JJ. (RHODES, P. J., ab-
sent).

*Jay W. Troutman,* with him *Royal L. Coburn,* Gen-
eral Counsel, and *John L. Cecil,* Assistant General
Counsel, for appellant.

*M. D. Rosenberg,* with him *Bloom, Bloom & Yard,*
for appellee.

OPINION BY HIRT, J., July 13, 1954:

The averments in this case are identical with those
in the appeal in Number 61 April Term, 1954 except as
to the number and amount of the checks paid by the
First National Bank in Cecil and the fact that the
checks were not signed by defendant personally but
were drawn by him on his account as Manager of Muse
Soccer Club. The same legal principles are applicable
in disposing of the appeal.

The judgment for defendant entered on the plead-
ings is reversed with a procedendo.